[No. 7006–9–III.  Division Three.  July 3, 1986.]

*In the Matter of the Marriage of* KENNETH MARVIN HOLDEN, *Appellant, and* EILEEN ROSE HOLDEN, *Respondent.*

Appeal from a judgment of the Superior Court for Columbia County, No. 11376, Jay R. Jones, J., entered February 21, 1985. *Remanded* by unpublished opinion per Green, C.J., concurred in by Thompson, J., Munson, J., concurring specially.

[No. 16087–7–I.  Division One.  July 7, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. ALAN K. MEGARD, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84–1–00656–5, John E. Rutter, Jr., J., entered February 20, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 17238–7–I.  Division One.  July 7, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. DANTE URELL PIGGEE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–8–02853–0, Terrence A. Carroll, J., entered September 5, 1985. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 15015–4–I.  Division One.  July 7, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY MITCHELL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–02607–1, Patricia H. Aitken, J., entered March 29, 1984. *Dismissed* by unpublished per curiam opinion.